E. B. STINSON v. CITY OF BIRMINGHAM.

6 Div. 599.

Court of Appeals of Alabama.
May 14, 1935.

Clark & Trawick, of Birmingham, for appellant.

W. J. Wynn, of Birmingham, for appellee.

BRICKEN, Presiding Judge.

Appeal dismissed on motion of appellant.